

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-14-00346-CV
_____

JANE T. DURHAM, APPELLANT

V.

MARGARET L. DURHAM, NANCY C. STEWART, DAVID DURHAM,
AND BARBARA FLOURNOY, APPELLEES

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2013-509,100; Honorable Leslie Hatch, Presiding

August 14, 2015

## ORDER

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Jane T. Durham, and Appellees, Margaret L. Durham, Nancy C. Stewart, David Durham, and Barbara Flournoy, filed a joint motion to dismiss this appeal. In their motion, the parties assert that Jane T. Durham died on July 2, 2015, and that this appeal is, therefore, moot.

Although a civil appeal may proceed upon the death of an appellant, an appellate court must ensure that those purporting to represent a deceased party have the authority to do so. *See* TEX. R. APP. P. 7.1(a)(1). The joint motion to dismiss is signed by Appellant's counsel, Michael Sales. It is unknown to the court whether Mr. Sales is the representative of Ms. Durham's estate or is the attorney for the representative of Ms. Durham's estate. Before the court can grant the dismissal sought by the parties, the court must confirm that Mr. Sales has authority to represent Ms. Durham's estate. *See Murphy v. Murphy*, 21 S.W.3d 797, 798 (Tex. App—Houston [1st Dist.] 2000, no pet.).

Accordingly, the court orders Mr. Sales to file a response, with appropriate documentation, by September 18, 2015, that verifies: (1) the identity of the representative of Ms. Durham's estate; (2) the representative's designation of Mr. Sales to act as attorney on behalf of the estate in this matter; and (3) the representative's adoption and ratification of the joint motion to dismiss.


Per Curiam

2